IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKAHOMA

KIMBERLY MILLS

    Plaintiff,

vs.

FIELD'S, INC.,

    Defendants.

Case No. CIV-15-437-HE

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41 (a)(1)(ii),  the parties stipulate that the captioned case is hereby dismissed with prejudice to further litigation pertaining to all matters involved herein. Each party shall bear her or its own costs and fees.

Brett Agee, OBA #12547
brett.agee@gacmlaw.com
P.O. Box 10
Pauls Valley, OK 73075
405-238-1000
Fax: 405-238-1001
Attorneys for Field's, Inc.

Amber Hurst, OBA#21231
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
405-235-6100
Fax: 405-235-6111
Email: amber@hammonslaw.com
Attorneys for Kimberly Mills